NO. 28602

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LAW LIBRARY

Civil No. 06-1-0265
UNITE HERE! LOCAL 5; ERIC W. GILL;
TODD A.K. MARTIN, Plaintiffs,

vs.

CITY AND COUNTY OF HONOLULU, a municipal corporation;
TURTLE BAY RESORT, L.L.C.,[1] a Hawai'i corporation, Defendants,

and

TURTLE BAY RESORT, L.L.C., a Hawai'i general
partnership, Counterclaim Plaintiff,

vs.

UNITE HERE! LOCAL 5 HAWAI'I, a Hawai'i labor organization;
ERIC W. GILL, an individual, Counterclaim Defendants.
---------------------------------------------------------------

Civil No. 06-1-0867
KEEP THE NORTH SHORE COUNTRY, a Hawai'i non-profit corporation;
and SIERRA CLUB, HAWAI'I CHAPTER, a foreign non-profit
corporation, Petitioners/Plaintiffs-Appellants,

vs.

CITY AND COUNTY OF HONOLULU; HENRY ENG, Director of Department
of Planning and Permitting, in his official capacity;
TURTLE BAY RESORT, L.L.C., a Hawai'i general partnership,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NOS. 06-1-0265 & 06-1-0867)

---

[1] By order of this court, filed June 29, 2010, Turtle Bay Resort,
L.L.C. was substituted for Kuilima Bay Resort.

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Moon, C.J., Nakayama and Duffy, JJ.; and
Circuit Judge Chan, in place of Recktenwald, J., recused;
Acoba, J., dissenting)

Upon consideration of respondent/defendant-appellee Turtle Bay Resort, L.L.C.'s Motion for Reconsideration, filed April 19, 2010,[2] the papers in support and in opposition thereto, and the record herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied. <u>See</u> <u>Sierra Club v. Department of Transportation</u>, 115 Hawai'i 299, 167 P.3d 292 (2007).

DATED: Honolulu, Hawai'i, July 20, 2010.

Terence J. O'Toole, Sharon V.
Lovejoy Lane Hornfeck McKay,
and Shyla P. Cockett (of Starn
O'Toole Marcus & Fisher) for
respondent/defendant-appellee
Turtle Bay Resort L.L.C.

William S. Hunt and Laura P.
Couch (of Alston Hunt Floyd &
Ing) and Rory R. Wicks (of
Coast Law Group, Encinitas,
CA), appearing pro hac vice,
for petitioners/plaintiffs-
appellants

No. 28602    <u>Unite Here! v. City & County of Honolulu</u> -- Order Denying Motion for Reconsideration

---

[2] By order of this court, filed June 22, 2010, the time to dispose the motion for reconsideration was extended to July 30, 2010.

-2-